**United States District Court**

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C. BOLIN, | No. C 06-4398 SI (pr) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| M. J. McGARVEY; et al., | |
| Defendants. / | |

Plaintiff has requested that this action be dismissed. Upon due consideration, the request is GRANTED. (Docket # 12.) This action is dismissed without prejudice. See Fed. R. Civ. P. 41(a).

In his December 23, 2006 letter requesting that this action be dismissed, plaintiff reported that he had earlier sent to the court a letter dated December 1, 2006 requesting that this action be dismissed. The court did not receive the December 1, 2006 letter. The court issued an order of service and an order granting leave to proceed in forma pauperis on December 18, 2006. In light of the fact that Bolin requested dismissal of this action before the court did its initial review, the court now VACATES the order of service and VACATES the order granting in forma pauperis application.

In addition to sending this order to plaintiff, the clerk will send it to three other persons/entities. The clerk will send a copy of this order to the U.S. Marshal so that he will know that no further efforts toward service of process are necessary. The clerk also will send

a copy of this order to Frances T. Grunder, Senior Assistant Attorney General, Suite 11000, 455 Golden Gate Avenue, San Francisco, CA 94102, so that she will know of the dismissal of the action in the event that any defendants contact her office for representation. Finally, the clerk will send a copy of this order to the San Quentin inmate trust account office, so that the trust account office will know that the order granting leave to proceed in forma pauperis has been vacated and that no funds should be collected from plaintiff's account in an effort to pay the filing fee.

    IT IS SO ORDERED.

Dated: January 11, 2007

                                                             _____
                                                             SUSAN ILLSTON
                                                  United States District Judge